

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  PD PROPERTY INVESTMENTS, LLC,  )   CASE NO. SACV 12-1267-UA (DUTYx)
12                  Plaintiff,     )
                                   )   ORDER SUMMARILY REMANDING
13          vs.                    )   IMPROPERLY-REMOVED ACTION
14  MARGARET KELLER, et al.,       )
                                   )
15                  Defendants.    )
16  ─────────────────────────────────

17      The Court will remand this unlawful detainer action to state court summarily
18  because Defendant removed it improperly.
19      On March 28, 2012, Defendant Margaret Keller, having been sued in what appears
20  to be a routine unlawful detainer action in California state court, lodged a Notice of
21  Removal of that action to this Court and also presented an application to proceed *in forma*
22  *pauperis*. The Court has denied the latter application under separate cover because the
23  action was not properly removed. To prevent the action from remaining in jurisdictional
24  limbo, the Court issues this Order to remand the action to state court.
25      Simply stated, Plaintiff could not have brought this action in federal court in the first
26  place, in that Defendant does not competently allege facts supplying either diversity or
27  federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see*
28  *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed.

2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Orange, North Justice Center, 1275 North Berkeley Avenue, Fullerton, CA 92832-1258, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 8/5/2012

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE